

| 950 THIRD AVENUE<br>NEW YORK NY 10022<br>212.751.9800 OF.<br>212.751.0046 FX.<br>877.751.9800 TF.<br>WWW.MORELLILAW.COM | BENEDICT P. MORELLI<br>DAVID S. RATNER<br><br>ARTHUR L. SALMON<br>MARTHA M. MCBRAYER | STEVEN C. NOVEMBER<br>JENNIE L. SHATYNSKI<br>THOMAS P. O'MALLEY<br>STEVEN M. GERSHOWITZ<br>VICTORIA J. MANIATIS<br>NICOLE V. GURKIN<br>SARAH BERNETT<br>SCOTT J. KREPPEIN | OF COUNSEL<br>TAI & SOBILOFF PC<br>DAVID L. SOBILOFF<br>ALLAN Y. TAI<br><br>OF COUNSEL<br>RORY I. LANCMAN |

December 7, 2007



**Via Regular Mail and Fax**
The Honorable Richard M. Berman
United States District Court
500 Pearl Street
Courtroom 650
New York, New York 10007

**Re: Baldwin v. Smithkline Beecham 07CV10983 - (Avandia Products Liability)**

Dear Judge Berman :

    As Your Honor may already know, the United States Judicial Panel on Multi-district Litigation ruled on October 16, 2007 that all Avandia cases filed in federal court would be consolidated and transferred to the Eastern District of Pennsylvania, to the Honorable Cynthia M. Rufe. We enclose herein a copy of that transfer order. Given imminent transfer, we request that Your Honor consider an adjournment of the Pre-trial conference currently set before Your Honor on **January 15, 2008, at 10:00 a.m.**

    Please do not hesitate to call me at (212) 751-9800, ext. 7208 if you have any questions or comments. We appreciate your consideration of this request.

> Conference adjourned to 3/27/08 @ 9:15. Counsel requested to keep the Court apprised of transfer.

Respectfully Submitted,
Morelli Ratner PC
Counsel for Plaintiff

Victoria J. Maniatis, Esq.

enc: JPML Transfer Order

**SO ORDERED:**
Date: 12/11/07
Richard M. Berman, U.S.D.J.

cc: Nina Gussack - Pepper Hamilton LLP, Counsel for Defendant, with copy of Court's December 7, 2007 scheduling notice.

VJM/df

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2007