UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH BALDWIN,

                    Plaintiff,              07 Civ. 10983 (RMB)

      -against-                           **ORDER**

SMITHKLINE BEECHAM CORP. and,
GLAXOSMITHKLINE

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

     Pursuant to the conditional transfer order of the United States Judicial Panel on Multidistrict Litigation, dated January 4, 2008, transferring the above-entitled action to the Eastern District of Pennsylvania, it is hereby

     **ORDERED**, that the action be placed on the Court's suspense calendar until further notice;

     **ORDERED**, the parties are to submit to the Court, in writing, updates on the status of the multidistrict litigation every 150 days beginning on March 1, 2008; and

     **ORDERED**, the status conference scheduled for March 27, 2008 at 9:15 a.m. is vacated.

**SO ORDERED.**

Dated: New York, New York
       January 14, 2008

                                                  RMB
                                         Richard M. Berman, U.S.D.J.